# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. 22-mj-00144-JPO |
| CHRIS DARREN MACKEY | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about the dates(s) of 8/13/21-7/11/22, in the county of <u>Denver and Arapahoe</u> in the <u>State</u> and District of <u>Colorado</u>, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2113(a) | Bank Robbery x 6 |
| 18 USC 2113(a) | Bank Robbery (attempt) |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

/s Corey Lambert
*Complainant's signature*

Corey Lambert, Task Force Officer, FBI SSTF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: August 16, 2022

*Judge's signature*

City and state: Denver, CO

James P. O'Hara, U.S. Magistrate Judge
*Printed name and title*