DEFENDANT:  CHRIS DARREN MACKEY

YOB: 1967

OFFENSE(S): Counts 1-4 and 6-7, 18 U.S.C. § 2113(a), Bank Robbery
              Count 5, 18 U.S.C. § 2113(a),Bank Robbery (Attempt)

LOCATION OF OFFENSE (COUNTY/STATE):  Denver County, Colorado

PENALTY: Counts 1-7-  NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT
            three years supervised release; $100 special assessment.


AGENT:  Task Force Officer Cory Lambert, FBI Denver Rocky Mountain Safe Streets Task
Force

AUTHORIZED BY:  Brian Dunn,
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less      _____  over five days      _____  other

THE GOVERNMENT

   X    will seek detention in this case      _____  will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____       Yes    X        No

1