## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1.      Your affiant, Investigator Cory Lambert, hereby informs the Court that he is a commissioned peace officer with the Westminster, Colorado Police Department, and is currently assigned as a federal task force officer with the FBI Rocky Mountain Safe Streets Task Force ("RMSSTF").  Your affiant is responsible for investigating violent crimes in the Denver metropolitan area, including bank and business robberies, kidnappings, carjackings, and weapons violations. Your affiant has been a police officer in Colorado for more than twenty years and has training and experience in the investigation of property crimes, financial crimes, and violent crimes. The information contained in this affidavit is based upon information compiled from personal involvement, witness/victim interviews, fellow law enforcement officers, informants and by reading official police reports.

2.      This affidavit is being submitted in support of a criminal complaint and affidavit charging CHRIS DARREN MACKEY with violations of Title 18, United States Code, Section 2113(a), Bank Robbery.  Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that CHRIS DARREN MACKEY committed the crimes of Bank Robbery.

## INVESTIGATION

### Robbery #1, BBVA, 4115 East Colfax Avenue, Denver, 08/13/2021

1.      On August 13, 2021, at approximately 1:05 p.m., Denver Police Officers responded to the BBVA bank at 4115 E Colfax Ave., which then and now had deposits

insured by the Federal Deposit Insurance Corporation (FDIC), for report of a robbery.  The suspect fled before officers arrived at the bank. The victim teller was identified to be: R.B. M.C. was also working as a teller at the bank when the robbery occurred and witnessed the robbery. R.L. and M.C. reported to police that an unidentified male entered the bank and displayed a robbery note (pictured below) demanding money.  Out of fear, the teller gave the suspect money from her top drawer after reading the note.  Approximately $2,363 in United States Currency was stolen.

2.      Rocky Mountain Safe Streets Task Force members your Affiant, C.B.I. Agent Carl Tolman, and Denver Police Detective William Monahan arrived. Detective William Monahan interviewed R.L.. Agent Tolman interviewed M.C. Your Affiant conducted a video canvass of the area looking for surveillance footage that might be useful to the investigation. Surveillance video from the bank confirmed the facts of the case as reported.

3.      The robbery note recovered at the scene stated: "No Alarm No Tracking Dev No Dye Pack No Counterfits $10,000 If Police Show before I leave bad things will happen!! 30 Seconds."

4.      Your Affiant responded to the scene and later located exterior surveillance video from the Safe Splash Swim School at 4151 E Colfax Ave that recorded the suspect as he fled the scene.



3

**Robbery #2- UMB Bank, 3515 North Quebec Street, Denver, 08/18/2021**

5.      On August 18, 2021, at approximately 2:40 p.m., Denver Police officers responded to the UMB Bank, at 3515 N Quebec St, Denver, for a report of a bank robbery.. UMB Bank was and is an FDIC insured financial institution.  Witnesses described the robber presenting a robbery note to the teller (pictured below) demanding money.  Out of fear, the teller gave him $1600.  Video surveillance confirmed the same.

6.       A description of the suspect was broadcast as well as information that he was last seen southbound from the bank on a bicycle. Denver officers located a male matching the suspect description on a bicycle in the 2000 block of N Oneida St in Denver. The male attempted to flee from officers but was apprehended blocks away and identified to be Chris D. Mackey.  Mackey was then positively identified by two eyewitnesses of the bank robbery. During a search incident to arrest, Mackey was found in possession of money taken from the bank robbery at 3515 N Quebec St, including four $20 bait bills. Mackey was also found in possession of the robbery note pictured below. The robbery note was nearly identical to the note left at BBVA 4115 E Colfax Ave on August 13, 2021.

7.      Mackey was wearing gray, blue and white "And 1" brand athletic shoes. These shoes were also identical to the shoes worn by the suspect who robbed that BBVA bank at 4115 E Colfax Ave on August 13, 2021.

Robbery note from Quebec robbery

8.     Mackey was charged in Denver District Court in case 21CR4927.   The defendant remained in custody in Denver County jail until he bonded out on a $5,000 bond on May 17, 2022.  Mackey then failed to appear for court on June 27, 2022 and a Denver District Court bench warrant was issued for his arrest.

### Robbery #3 - UMB Bank, 707 Colorado Boulevard, Denver, CO, June 15, 2022

9.     Nearly one month after Mackey was released, on June 15, 2022, at about 12:57 PM, the UMB Bank located at 707 Colorado Boulevard, Denver, Colorado, an FDIC insured financial institution, was robbed.  Tellers reported to police that a male robber entered the bank and approached the victim teller placing a note on the counter.  The note read, "no alarms, no tracking div (sic), no counterfeits, need $5000.00, you have 30 sec."  Out of fear, the victim teller, E.M opened her teller drawer, removed the money, and handed it to the robber.  He was described as a white male, approximately 5'8" tall, between 40-50 years old. The description roughly matched the Mackey's height, weight and age.  The robber was wearing a gray hoodie, black cap, and black mask that covered his face. An audit of the victim teller's drawer revealed the robbery took $1,454 in United States currency.



10.     After receiving the money, the robber fled the bank on foot. He was last seen walking northbound through the alley behind the bank.  During the subsequent investigation,

video surveillance was located nearby that showed the robber waiting in the alley just north of the bank between Colorado Boulevard and Harrison Street prior to the robbery.  At that time, the robber was wearing a gray t-shirt, grey pants, a black ball cap turned backwards, sunglasses, and was carrying a black backpack.  The unmasked robber changed clothing prior to the robbery and walked southbound toward the bank wearing the same Colorado Rockies sweatshirt as worn in the bank.



11.     After the robbery, the robber walked back to the alley and changed his clothing again.  After changing his clothing, the robber walked northbound through the alley toward 8th Avenue.  Investigators noted that the robber appeared to be Mackey, that Mackey was recently released from jail, and that the robbery note was similar to the robberies they believed that Mackey committed in 2021.



**Robbery #4 - UMB Bank, 707 Colorado Boulevard, Denver, CO, June 21, 2022**

12.     On June 21, 2022, at about 9:34 AM, the UMB Bank located at 707 Colorado Boulevard, Denver, Colorado, an FDIC insured financial institution, was robbed.  The male robber entered the bank and approached the victim teller placing a note on the counter.  The note read, "no alarm, no dye, no tracker, no counterfeits, be quick."  The victim teller, T.O, opened her teller drawer, removed the money, and, out of fear, handed it to the robber.  T.O. explained that the robber's face was completely covered, and his mannerisms led her to believe a robbery was imminent.  T.O. stated she was afraid of what could have happened if she did not comply with the robber's demand note.  The robber was described as a white male, approximately 5'8" tall, between 40-50 years old.  The robber was wearing the same Colorado Rockies gray hoodie worn in the previous robbery, black cap, and a black mask that covered his face.

 

13.     After receiving the money, the robber fled the bank on foot. He was last seen walking northbound through the alley.  An audit of the victim teller's drawer revealed the robber took $2,728 in United States currency.

14.     During a subsequent search of the alley, investigators located the  gray hoodie and black face-covering in a dumpster just north of the bank.  The gray hoodie and black face covering matched the description of the clothing the robber was wearing during the robbery.

15.    Investigators also located video surveillance in the area of the bank showing the robber walking toward the bank prior to the robbery.  The robber was wearing a red t-shirt, jeans, sunglasses and was unmasked.



16.    The robber returned to the alley and changed clothing.  He was then seen wearing the gray hoodie walking southbound toward the bank.  After the robbery, the robber returned to the area wearing the grey sweatshirt, where he changed clothing and walked north through the alley towards 8th Avenue wearing the red shirt. Investigators noted that the man appeared to match the physical characteristics of Mackey.



**Attempted Robbery #5 - PNC Bank, 777 S. Monaco Parkway, Denver, CO, July 1, 2022**

17.    On July 1, 2022, at approximately 12:10 PM, the PNC Bank located at 777 S Monaco Parkway, Denver, Colorado, an FDIC-insured financial institution, reported an attempted robbery.  Tellers told police that the robber entered the bank and quickly approached the victim teller station.  The victim teller, A.P., stated the robber unfolded a

handwritten note.  A.P. stated she only read one or two words from the note and realized immediately that it was robbery note.  A.P. explained she was the victim of a prior bank robbery (unrelated to this case), and when this person entered the bank dressed the way he was, she knew it was a robbery.  A.P.  backed out of her seated position and told the robber that he needed to leave.  The robber leaned in and whispered for her to return to the station.  A.P., in fear of her safety, remained three to four feet away from her station and again told him to leave.  The robber looked down at his note and walked away.  There was no money taken from the bank in this incident.

18.     The robber exited the branch and traveled on foot in a northwesterly direction.  A.P. described the robber as a white male, wearing a black head rag, gray tee shirt, dark denim jeans, about 5'6 - 5'7 tall and 170-200 pounds.  Investigators noted that the description matched the description of Mackey and the suspect in the robberies described above.

 

**Robbery #6 - US Bank, 730 Colorado Boulevard, Denver, CO, July 1, 2022**

19.     On July 1, 2022, at about 1:29 PM (about 80 minutes later), the US Bank located at 730 N Colorado Boulevard, Denver, Colorado, an FDIC-insured financial institution, was robbed.  The robber, wearing the same clothes as in the attempt discussed above, entered the bank and quickly approached the victim teller station.  The victim teller,

A.C., stated the robber entered the bank and quickly approached his teller station without being welcomed to step forward. The robber removed a handwritten note from his back pocket and placed the note under the plexiglas shield. A.C. picked up the demand note, which read, "no alarms, no tracking dev., no counterfeits, Be Quick."

20.     A.C. immediately realized he was being robbed and opened his teller drawer. Out of fear, A.G. removed money from the drawer and slid it toward the robber. The robber looked through the money, possibly looking for security devices. A.C. opened a second teller drawer and intended to deploy tracker and bait money, but the robber told him, "Don't fuck around." A.C. told the robber that he did not have more money. An audit of the victim teller's drawer later revealed the robber took $1,611 in United States currency. The robber exited the bank and fled the area on foot.






21.     A.C. described the robber as a white male, wearing a black bandana with yellow tails, a gray shirt with a red shirt underneath, blue jeans, dark athletic shoes with a

white sole, possibly light blue eyes, approximately 40 years of age, wrinkles around the face, thick eyebrows, pale skin, approximately 5'7"-5'8" tall, 200-220 pounds. Investigators noted that the description matched the description of Mackey and the suspect in the robberies described above.

**Robbery #7 First Bank 3594 South Logan Street, Englewood Co, July 11, 2022**

22.     On July 11, 2022, at approximately 2:15 PM, an unknown male entered the First Bank located at 3594 South Logan Street, Englewood, Colorado, an FDIC insured banking institution,.  The bank surveillance footage showed the robber to be a white male, wearing a dark colored baseball cap, a blue t-shirt, blue jeans, black and white shoes and a blue surgical style mask covering his mouth and nose.

23.     The robber entered the bank from the main door, on the west side of the bank. The robber waited in line until he was called up to teller station number 5, where the victim teller, N.D., was working.  The robber presented a robbery demand note.  The demand note was written on a 2" by 5" white piece of paper with three lines, "cash", "cash only" and "quickly".  The robber did not verbalize any demands.  Out of fear, the victim teller gave the suspect approximately $2,802.00 in United States currency from the teller drawer.  The suspect fled the bank on foot with the money.

24.     Investigators noted that the robber was wearing black shoes, with a thick white sole, closely resembling the shoes worn in the previous four bank robberies.

.

**Confidential Source Identification**

25.     The previously described cases were assigned to the FBI Rocky Mountain Safe Streets Task Force (RMSSTF) for investigation.  Upon reviewing these cases, investigators determined all four robberies and one attempted robbery were committed by the same suspect based on the suspect's description, modus operandi, and similarities among the robbery notes and shoes.  RMSSTF investigators publicly released multiple crime stoppers bulletins containing surveillance photos of the robbery suspect.

26.     On July 16, 2022, at approximately 9:50 AM, a confidential source was contacted by Aurora Police.  The confidential source told officers they had information about a person who had been robbing banks in the metro-area.  The officers forwarded this information to RMSSTF investigators.  The investigators, including your affiant, met the confidential source in person and were advised Chris Mackey had committed multiple recent bank robberies.  The source personally knows Mackey and stated Mackey admitted to robbing several banks in the Denver area over the past three or four weeks.

27.     Initially, the source thought Mackey was just "playing."  However, the confidential source later saw a Crime Stoppers bulletin regarding a bank robbery and

immediately recognized the pictured suspect was Mackey.  The confidential source stated that Chris Mackey was released from jail approximately 4 months ago for prior bank robberies.  Mackey told the confidential source that he has robbed the same bank two different times.  On another occasion, Mackey attempted to rob a bank, but the teller didn't give him any money, so he immediately went to a second bank and robbed that one.  These details match the bank robberies described in this affidavit.

28.     Investigators showed the confidential source a series of still images of the bank robber from the UMB Bank surveillance video at 707 Colorado Boulevard.  In each of the photos the confidential source stated that they were positive the suspect in the photos was Mackey, and even mentioned recognizing the clothing Mackey was wearing before and after the robberies.   Investigators also showed the source photos of the suspect from the US Bank at 750 Colorado Boulevard.  The source stated they were positive the suspect depicted in those photos was Chris Mackey.

**Investigation**

29.     Mackey was known to the RMSSTF investigators due to the two bank robberies in August of 2021 investigated and presented to the Denver District Attorney by the RMSSTF. During those robberies, Mackey entered the bank and presented robbery notes demanding money.  Mackey was located and arrested while fleeing from the second bank robbery.

30.     Your Affiant reviewed the recovered robbery notes from Mackey's 2021 bank robberies and noted they bore a significant resemblance to the robbery notes from the current robberies.  They were written in a similar style and contained similar verbiage to include a demand of no counterfeits and a time limit of thirty seconds.

 June 15, 2022 - 707 Colorado Blvd

 June 21, 2022 – 707 Colorado Blvd

 July 1, 2022 – 730 Colorado Blvd

**Prior Chris Mackey Robbery Pattern Notes 2021**:

 

31.     Your Affiant also compared an August 8, 2021 Denver Police booking photo of

Chris Mackey to the surveillance photos of the bank robber and noted they bore a significant

resemblance.  The booking description also described Mackey as 54 years old, 5'9" tall and

185 pounds.  This physical description was consistent with the description of the robber provided by the victim tellers.

 8/18/21 Booking Photo

 7/1/22 730 Colorado Blvd

 6/15/22 707 Colorado Blvd

## **CONCLUSION**

Based on the foregoing, your affiant believes that probable cause exists that between the dates of August 13, 2021 through July 11, 2022, in the State and District of

15

Colorado, CHRIS DARREN MACKEY did commit the crimes of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

The foregoing is true and correct to the best of my knowledge, information, and belief.

_____
*s/Cory Lambert*
Task Force Officer, FBI Safe Streets TF

Sworn to before me this 16th day of August, 2022.

_____
United States Magistrate Judge

**Affidavit reviewed and submitted by Brian Dunn, Assistant United States Attorney.**