UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-mj-00144-JPO |
| CHRIS DARREN MACKEY | ) | |
| *Defendant* | | |

# ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay CHRIS DARREN MACKEY who is accused of an offense or violation based on the following document filed with the court:

☐Indictment    ☐Superseding Indictment      ☐Information      ☐Superseding Information   ☒Complaint      ☐Probation Violation Petition   ☐Supervised Release Violation Petition   ☐Violation Notice   ☐Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2113(a), Bank Robbery x 7

Date: August 16, 2022 (Denver, CO)

*Issuing officer's signature*

James P. O'Hara, U.S. Magistrate Judge

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*