**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  22-cr-00281-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRIS DARREN MACKEY,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

**COUNT 1**

On or about August 13, 2021, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: a person whose initials are R.L., money and other things of value belonging to and in the care, custody, control, management, and possession of BBVA located at 4115 E Colfax Ave, Denver, Colorado; and further, at all times relevant herein, the monies and deposits of BBVA were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT 2**

On or about August 18, 2021, in the State and District of Colorado, the defendant,

CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: a person whose initials are L.C., money and other things of value belonging to and in the care, custody, control, management, and possession of UMB Bank located at 3515 N Quebec St., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of UMB Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

On or about June 15, 2022, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: a person whose initials are E.M., money and other things of value belonging to and in the care, custody, control, management, and possession of UMB Bank located at 707 N Colorado Blvd., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of UMB Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about June 21, 2022, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: a person whose initials are T.O., money and other things of value

belonging to and in the care, custody, control, management, and possession of UMB Bank located at 707 N Colorado Blvd., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of UMB Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 5

On or about July 1, 2022, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, attempted to by force, violence, and intimidation take from the person or presence of another: a person whose initials are A.P., money and other things of value belonging to and in the care, custody, control, management, and possession of PNC Bank located at 777 S Monaco Pkwy., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of PNC Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 6

On or about July 1, 2022, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: a person whose initials are A.C., money and other things of value belonging to and in the care, custody, control, management, and possession of US Bank located at 730 N Colorado Blvd., Denver, Colorado; and further, at all times relevant

herein, the monies and deposits of US Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 7

On or about July 26, 2022, in the State and District of Colorado, the defendant, CHRIS DARREN MACKEY, by force, violence, and intimidation did take from the person or presence of another: persons whose initials are A.D. and N.H., money and other things of value belonging to and in the care, custody, control, management, and possession of First Bank located at 1617 E Colfax Ave., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of First Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## Forfeiture Allegation

1.   The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the violations alleged in Counts One of this Indictment involving a violation of Title 18, United State Code Section 2113(a), defendant CHRIS DARREN MACKEY, shall forfeit to the United States, pursuant to Title 18, United States

Code, Sections 981(a)(1)(C) and 2641, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

      3.    If any of the property described in paragraphs 2 above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON


COLE FINEGAN
United States Attorney

*s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Al.buchman@usdoj.gov