| | |
|---|---|
| DEFENDANT: | CHRIS DARREN MACKEY |
| AGE/YOB: | 1967 |
| COMPLAINT FILED? | __X__ Yes   _____ No    If Yes, MAGISTRATE CASE NUMBER 22-mj-00144-PO |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No    If No, a new warrant is required |
| OFFENSE(S): | Counts 1-4, 6-7: 18 U.S.C. § 2113(a) – Bank Robbery<br>Count 5: 18 U.S.C. § 2113(a) – Attempted Bank Robbery |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | All counts: NMT 20 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment (per count).<br><br>Note, Count 5 has the same penalties as all other counts. *See* 18 U.S.C. § 1349. |
| AGENT: | TFO Doug Parker<br>FBI Rocky Mountain Safe Streets Task Force |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

____ five days or less;  _x_ over five days

THE GOVERNMENT

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.