IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-0028-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRIS DARREN MACKEY,

    Defendant.

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Chris Darren Mackey, YOB:1967, Booking number 2022445843, now confined in the Downtown Denver Detention Center, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of _____, 2022

                                                  BY THE COURT:

                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO