IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-0028-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRIS DARREN MACKEY,

        Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of Chris Darren Mackey, YOB: 1967, Booking number 2022445843, now confined in the Downtown Denver Detention Center, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the

United States District Court for the District of Colorado, you shall return the Defendant to

the institution where he was confined, under safe and secure conduct.


DATED at Denver, Colorado, this _____ day of _____, 20_____.

BY THE COURT:


_____
CLERK, UNITED STATES DISTRICT COURT