IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   22-cr-00281-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRIS DARREN MACKEY,

       Defendant.

_____

### NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                                              Respectfully submitted,

                                              VIRGINIA GRADY
                                              Federal Public Defender

                                              *s/ Kilie Latendresse*
                                              Kilie Latendresse
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Kilie_Latendresse@fd.org
                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on September 23, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Chris Darren Mackey    (via U.S. Mail)

                                        *s/ Kilie Latendresse*
                                        Kilie Latendresse
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Kilie_Latendresse@fd.org
                                        Attorney for Defendant