**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  22-cr-00281-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRIS DARREN MACKEY,

    Defendant.

---

**UNOPPOSED MOTION TO UPDATE INDICTMENT AT ECF NO. 3**

---

The United States, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, respectfully requests the Court update the unsealed indictment at ECF No. 3, replacing it with the indictment attached to this motion. This unopposed motion is filed not to supersede the indictment in the case but rather correct a filing error.

Due to a clerical error, the government believes it filed an incorrect, previous version of the indictment at ECF No. 3. However, the government believes that the correct version is in fact filed at ECF No. 4.

Errors in ECF No. 3 are reflected in multiple counts. In ECF No. 4 and also the attached indictment, Counts 3 and 4 should reflect an address of "707 N. Colorado Blvd., Denver, Colorado," not "707 S. Colorado Blvd." as in ECF No. 3   Furthermore, Count 7 should reflect a date of "July 26, 2022," not July 11, 2022, as in ECF No. 3.

The government has conferred with defense counsel, who does not oppose this

1

motion provided that the attachment to this motion is identical to that at ECF No. 4.

WHEREFORE, the government request Court update the unsealed indictment at ECF No. 3 by replacing it with the indictment attached to this motion.

Dated this 18th day of October, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   /s/ *Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:   (303) 454-0203
Fax:   (303) 454-0405
E-mail: al.buchman@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:  s/ *Lauren Timm*
  Lauren Timm
  Legal Assistant